FILED US District Court-UT
OCT 18 '23 PM12:44

TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
111 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Fax: (801) 524-3399
email: michael.kennedy@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. JONATHAN J. DUNN, Defendant. | INDICTMENT<br><br>VIO.:<br>Count 1: 49 U.S.C. § 46504 [Interference with a Flight Crew]<br><br>Case: 2:23-cr-00375<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 10/18/2023 |
|---|---|

The Grand Jury charges:

### COUNT 1

49 U.S.C. § 46504
(Interference with a Flight Crew)

On or about August 22, 2022, in the District of Utah and elsewhere,

JONATHAN J. DUNN,

the Defendant herein, in the special aircraft jurisdiction of the United States as defined in

49 U.S.C. § 46501(2), did assault and intimidate a crew member of an aircraft, thereby

interfering with the performance of the duties of the crew member and lessening the ability of the crew member to perform those duties, and did use a dangerous weapon in assaulting and intimidating the crew member, all in violation of and punishable under 49 U.S.C. § 46504.

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
UNITED STATES ATTORNEY

_____
MICHAEL KENNEDY
Assistant United States Attorney