John W. Huber (7226)
GREENBERG TRAURIG LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: 801.478.6900
john.huber@gtlaw.com

*Attorney for Defendant Jonathan J. Dunn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JONATHAN J. DUNN,<br><br>    Defendant. | NOTICE OF APPEARANCE OF COUNSEL<br><br>Case No. 2:23-cr-00375-HCN<br><br>Judge Howard C. Nielson |

Notice is hereby given of the entry of the undersigned as counsel for Defendant Jonathan J. Dunn in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to:

> John W. Huber
> john.huber@gtlaw.com
> GREENBERG TRAURIG LLP
> 222 South Main Street, Suite 1730
> Salt Lake City, UT 84101
> (801) 478-6900

DATED: November 2, 2023

                                                    GREENBERG TRAURIG, LLP

                                                  /s/ *John W. Huber*
                                                  John W. Huber

**CERTIFICATE OF SERVICE**

I certify that on this 2 November 2023 I served a true and correct copy of this NOTICE OF APPEARANCE OF COUNSEL on the following parties via CM/ECF:

Trina A. Higgins, United States Attorney
Michael Kennedy, Assistant United States Attorney
Office of the Unites States Attorney
111 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 524-5682
michael.kennedy@usdoj.gov


   /s/ Lindsey A. Wharton