IN THE UNTED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN J. DUNN,<br><br>Defendant. | ORDER GRANTING MOTION TO CONTINUE INTIAL APPEARANCE AND ARRAIGNMENT HEARING (DOC. NO. 6)<br><br><br>Case No.  2:23-cr-00375-HCN |

On the motion of the United States, and good cause appearing, the Initial Appearance and Arraignment previously set in this case for November 16, 2023 is continued until January 4, 2024  at 3:00 p.m.  A new summons reflecting the new date and time will be issued with service to counsel of record, if listed, or to counsel known to the United States and provided to the court.  The clerk's office is directed to send a copy of this order, and the government's motion, (Doc. No. 6), to the defendant along with the summons.

DATED this 2 day of November, 2023.

_____
DAPHNE A. OBERG
United States Magistrate Judge